# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUR SHAREEF,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01445-KES-BAM (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM DECEMBER 4, 2025 TO **JANUARY 15, 2026**<br><br>(ECF No. 24) |

　　　This case is currently set for a video settlement conference on December 4, 2025, at 9:30 a.m. before Magistrate Judge Stanley A. Boone.

　　　Due to the unavailability of Plaintiff's current institution on the existing date, the settlement conference is HEREBY RESCHEDULED from December 4, 2025 to **January 15, 2026, at 1:30 p.m.** before Magistrate Judge Stanley A. Boone via Zoom videoconference. The parties' confidential settlement statements (if not already submitted to the Court) shall arrive no later than **January 8, 2026**. All other provisions of the Court's September 16, 2025 order remain in effect.

IT IS SO ORDERED.

　　Dated:　**November 6, 2025**　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1