# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUR SHAREEF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDERSON, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01445-KES-BAM (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE ABDUR SHAREEF, CDCR #AX-3264<br>(ECF No. 25)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATORS |

　　　　On November 4, 2025, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff Abdur Shareef, inmate, CDCR #AX-3264, for the previously-scheduled video settlement conference on December 4, 2025.  (ECF No. 25.)  Due to the unavailability of Plaintiff's current institution, the video settlement conference set in this case has been continued to **January 15, 2026, at 1:30 p.m.** before Magistrate Judge Stanley A. Boone. (ECF No. 26.)  The transportation writ for Plaintiff shall be vacated, and a transportation writ for the rescheduled settlement conference will be issued in due course.

　　　　As the Court has been informed that Plaintiff has been transferred to a new institution, Plaintiff's address will also be updated.  **<u>Plaintiff is reminded that he is responsible for filing a notice of change of address with the Court any time he is transferred to a new institution or his mailing address changes</u>**.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk's Office shall update Plaintiff's mailing address to Salinas Valley State Prison and serve Plaintiff a copy of this order and the November 6, 2025 order rescheduling settlement conference, (ECF No. 26);

2. The writ of habeas corpus ad testificandum directing the production of Abdur Shareef, inmate, CDCR #AX-3264, issued on November 4, 2025, (ECF No. 25), is VACATED;

3. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinators at Kern Valley State Prison and Salinas Valley State Prison; and

4. A transportation writ for the rescheduled settlement conference will be issued in due course.

IT IS SO ORDERED.

Dated:   **November 10, 2025**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE