**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDUR SHAREEF, | ) Case No.: 1:23-cv-01445-KES-FRS (BAM) (PC) |
| Plaintiff, | ) |
| v. | ) ORDER THAT INMATE ABDUR SHAREEF IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| ANDERSON, et al., | ) |
| Defendants. | ) |
| | ) |

Plaintiff Abdur Shareef is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on January 15, 2025.  Inmate Abdur Shareef, CDCR #AX-3264, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __**January 15, 2026**__         _____

STANLEY A. BOONE
United States Magistrate Judge