UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ABDUR SHAREEF,

Plaintiff,

v.

ANDERSON, *et al.*,

Defendants.

Case No. 1:23-cv-01445-KES-FJS (PC)

ORDER REGARDING PARTIES' JOINT STATEMENT FOLLOWING MEET AND CONFER

(ECF No. 46)

ORDER DIRECTING PARTIES TO FILE FURTHER JOINT STATUS REPORT

THIRTY (30) DAY DEADLINE

Plaintiff Abdur Shareef ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Herrera and R. Juarez ("Defendants") for excessive force and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On September 16, 2026, Defendants filed a motion to compel Plaintiff to serve verified responses to Defendants' June 9, 2026, Interrogatories to Plaintiff, Set One, and Requests for Production of Documents to Plaintiff, Set One. (ECF No. 44.) On September 17, 2026, the court issued an order directing the parties to meet and confer regarding the discovery dispute, and to

file a joint statement following the parties' conference. The court further stayed briefing on Defendants' motion to compel. (ECF No. 45.)

Currently before the court is the parties' joint statement regarding the discovery issue, filed October 13, 2026. (ECF No. 46.) The parties met and conferred on October 7, 2026, via video conference to discuss the ongoing discovery issue. The meeting occurred off the record at the conclusion of Plaintiff's scheduled deposition. The parties assert that it remains unclear whether Defendants' motion to compel has been resolved in whole or in part. Plaintiff explained that while he received Defendants' written discovery requests, due to a lockdown at his current institution and lack of priority law library access, he has been limited in his ability to respond to the requests. Plaintiff asserted that he finished drafting his responses and anticipated mailing them to defense counsel soon, but due to issues with his property, he was unable to provide originals or copies of original documents requested as part of his responses. As of the date of the joint statement, Defendants have not received or reviewed Plaintiff's responses. Defense counsel anticipates not receiving copies of at least some of the documents requested as part of their Requests for Production of Documents to Plaintiff, Set One. (*Id.*)

In light of the anticipated mailing of Plaintiff's responses, the court finds it appropriate to maintain Defendants' motion to compel on the docket. Briefing on the motion will remain stayed. The court further finds that it will be beneficial for the parties to file a further joint status report in thirty days informing the court whether Defendants have received Plaintiff's responses and whether the discovery dispute may be resolved, in full or in part, without further intervention from the court. The parties are encouraged to engage in a further meet and confer conference (in person or by telephone or video) if possible, rather than attempting to communicate exclusively by mail. In addition, electronic signatures (authorized by telephone or video) are acceptable; a wet signature is not required from Plaintiff.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Briefing on Defendants' motion to compel, (ECF No. 44), remains stayed until further order of the court; and

2. Within <u>thirty (30) days</u> from the date of service of this order, the parties shall file a further joint status report regarding the status of the parties' discovery dispute, as set forth above.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE