UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ABDUR SHAREEF,

Plaintiff,

v.

ANDERSON, et al.,

Defendants.

Case No. 1:23-cv-01445-KES-FJS (PC)

ORDER GRANTING EXTENSION OF TIME TO FILE FURTHER JOINT STATUS REPORT

(ECF No. 48)

Plaintiff Abdur Shareef ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Herrera and R. Juarez ("Defendants") for excessive force and deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On November 13, 2026, Defendants filed a motion for fifteen-day extension of time to file a further joint status report regarding whether Defendants have received Plaintiff's discovery responses and whether the discovery dispute may be resolved, in full or in part, without further intervention from the court. (ECF No. 48.)

Accordingly, good cause appearing, IT IS ORDERED that Defendants' motion for a fifteen-day extension of time to file a further joint status report, is GRANTED. Defendants shall file a further joint status report on behalf of the parties no later than December 1, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: **November 13, 2026**

UNITED STATES MAGISTRATE JUDGE